## Fields, Appellant, v. James B. Sipe & Company.

Argued October 16, 1935. Before FRAZER, C. J., KEPHART, SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

*Karl E. Weise,* with him *Allen G. Lynch* and *Harold R. Stadtfeld,* for appellant.

*O. K. Price,* with him *Robert A. Applegate* and *Rose & Eichenauer,* for appellee.

PER CURIAM, November 25, 1935:

This appeal is ruled by Gianni v. Russell, 281 Pa. 320, in which the questions involved were practically identical with those now before us. The decision in that case was adverse to appellant's contention here.

The judgment of the court below is affirmed.